IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | |
|---|---|---|
| UNITED SPECIALTY INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 5:21cv00049 |
| v. | ) ) ) | **ORDER** |
| BKJ EXPRESS, LLC and TRANS-TECH AUTO, INC., | ) ) ) | By:   Hon. Thomas T. Cullen<br>        United States District Judge |
| Defendants. | ) | |

For the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Defendant Trans-Tech Auto, Inc.'s Motion to Dismiss [ECF No. 9] is **GRANTED** and this action is **DISMISSED WITHOUT PREJUDICE**.

The clerk is directed to forward a copy of this Order and the accompanying Memorandum Opinion to the parties.

**ENTERED** this 3rd day of January, 2022.

*/s/ Thomas T. Cullen*
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE